# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **JORGE MELENUDO ESCAMILLA,** § | |
| Plaintiff, § | |
| § | |
| v. § | Cause No. EP-24-CV-108-FM |
| § | |
| **DISTRICT ATTORNEY, County of** § | |
| **El Paso, PUBLIC DEFENDER'S OFFICE,** § | |
| **County of El Paso, 409th DISTRICT** § | |
| **COURT, County of El Paso,** § | |
| Defendants. § | |

## **FINAL JUDGMENT**

Jorge Melenudo Escamilla, a criminal defendant in cause number 20190D01143 in the 409th District Court of El Paso County, Texas, claims in a civil rights complaint that he has been "incarcerated" for four years "with no court action."[1] Pl.'s Compl., ECF No. 1-1 at 2, 4. He asks the Court to intervene in his behalf and have "this problem fixed." *Id*. at 4. But he has since submitted an unopposed motion to dismiss this matter without prejudice. Pl.'s Mot., ECF No. 5.

The Court notes that process has not yet been served on any of the Defendants. The Court observes that, pursuant to Federal Rule of Civil Procedure 41, a plaintiff may voluntarily dismiss a lawsuit without further judicial action "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A).

The Court, having considered Escamilla's unopposed motion, enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Jorge Melenudo Escamilla's complaint and all the claims he asserts

---

[1] According to 409th District Court records, Escamilla was indicted on March 13, 2019, for failure to register as a sex offender. His jury trial is currently scheduled to begin on July 19, 2024. *See* El Paso County, Criminal Records Search, Register of Actions, https://casesearch.epcounty.com/PublicAccess/CaseDetail.aspx?CaseID=8170547 (last visited May 10, 2024).

2

therein are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED** as moot.

**IT IS FURTHER ORDERED** that each Party shall bear its own costs.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this case.

**SIGNED** this 10th day of May 2024.

_____
**FRANK MONTALVO**
**SENIOR UNITED STATES DISTRICT JUDGE**